THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHRISTOPHER IORIO, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RALPH DE PIERRO, True Name RALPH DAVID DE PIERRO, Appellant.—Judgments of the County Court of Queens county, convicting the defendants of the crime of robbery in the first degree, reversed on the law and new trial granted. The admission upon the joint trial of the defendants, over the repeated objection of each, of evidence relating to the claimed stolen watch and chain of the People's witness Kuzmin found in the possession of defendant Iorio, constituted substantial error so prejudicial to each defendant as to necessitate a new trial in each case. (*People* v. *Molineux,* 168 N. Y. 264; *People* v. *De Garmo,* 179 id. 130; *People* v. *Campbell,* 232 App. Div. 825.) If the evidence mentioned is viewed as being in support of the People's main case it is incompetent and prejudicial. (*People* v. *Molineux, supra.*) If it is considered to be contradictory of a denial made by Iorio it is in the same category, for it constituted matter collateral to the issue. (*People* v. *De Garmo, supra.*) Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOUIS FISHKIN, Appellant, v. FREDERICK L. MOREHEAD, Warden of the City Prison, Borough of Queens, Respondent.— Order as resettled, dismissing writ of habeas corpus, affirmed, without costs. No opinion. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.

REALTY ASSOCIATES, INC., in Behalf of Itself and Such Other Holders of Part Interest Certificates as May Come in and Contribute to the Expenses of This Action, Appellant, v. GUARANTY TRUST COMPANY OF NEW YORK, Respondent.— Order directing an accounting on condition that plaintiff furnish an indemnity bond for expenses which may be needlessly incurred, in so far as appeal is taken, affirmed, with ten dollars costs and disbursements. Plaintiff's time within which to file the bond provided for in the order is extended until ten days after the entry of the order hereon. No opinion. Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur.